UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 21-cr-0104-bhl

SEDRICK D. BROWN,

    Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

On December 6, 2021, the government filed a Motion for Entry of a Final Order and Judgment of Forfeiture (ECF No. 27). Based on the motion and supporting materials, including the declaration of Assistant United States Attorney Porchia Lewand (ECF No. 28), the government has satisfied the requirements for entry of a forfeiture judgment under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Accordingly,

IT IS ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the government's Motion for Final Order of Forfeiture and Judgment (ECF No. 27) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States has clear title to the Taurus, model 85, .38 caliber revolver, bearing serial number QE69018, described in the forfeiture notice of the indictment filed on May 18, 2021, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin on December 7, 2021.

                                                 s/ *Brett H. Ludwig*
                                                 BRETT H. LUDWIG
                                                 United States District Judge